IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Al Williams,<br><br>    Plaintiff,<br><br>v.<br><br>City of Chicago, and Chicago Police Officers Z. Rubald, Star #14540, B. Corcoran, Star #8261, S. Leck, Star #2752, B. Gentzle, Star #8738, T. Jaros, Star #10428,<br><br>    Defendants. | Case No. 08 C 06409<br><br>Judge Joan H. Lefkow<br><br>Magistrate Judge Morton Denlow |

## **AGREED MOTION FOR JUDGMENT ON ATTORNEYS' FEES AND COSTS**

NOW COME Plaintiff Al Williams and Defendant City of Chicago, by their respective attorneys, and move this Court for an order granting their agreed motion for entry of judgment on attorneys' fees and costs. In support of this Motion, the parties state as follows:

1. On April 4, 2011, after a jury trial, the jury awarded Plaintiff $100,000.00 in compensatory damages on his claim for excessive force against Defendants Rubald and Leck and found in favor of defendants on all other claims.

2. Pursuant to 42 U.S.C. Section 1988, the Plaintiff is entitled to recover attorneys' fees and costs. The Parties have reached an agreement with respect to the attorneys' fees and costs in favor of Plaintiff and against Defendant City of Chicago in the amount of $292,000 in attorneys' fees and costs.

3. The Parties respectfully request that the Court enter a Judgment Order in accord with the Parties' agreement. A draft Order is attached as Exhibit A.

WHEREFORE, Plaintiff Al Williams and Defendant City of Chicago, respectfully request

that this Court grant their motion and enter a Judgment Order pursuant to the Parties' agreement. The Parties further request any additional or other relief that this Court deems just, equitable or proper.

        Respectfully Submitted,

        /s/ Jared S. Kosoglad

Jared S. Kosoglad, P.C.
451 W. Huron
Suite 1410
Chicago, IL 60654
312-513-6000

## CERTIFICATE OF SERVICE

The undersigned attorney, on oath, states that he served the above notice and the document referred therein, upon the attorneys of record via electronic filing on June 30, 2011.

  /s/ Jared S. Kosoglad