

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan H. Lefkow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 6409 | DATE | 7/5/2011 |
| CASE TITLE | Williams vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for judgment on attorneys' fees and costs [177] is granted. Enter Judgment Order. Judgment for attorneys' fees and costs is entered by agreement of the parties in favor of Plaintiff and against Defendant City of Chicago in the amount of $292,000.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | MD |
|---|---|---|