

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Al Williams,

                Plaintiff,

v.

City of Chicago, and Chicago Police Officers Z. Rubald, Star #14540, B. Corcoran, Star #8261, S. Leck, Star #2752, B. Gentzle, Star #8738, T. Jaros, Star #10428,

                Defendants.

Case No. 08 C 06409

Judge Joan H. Lefkow

Magistrate Judge Morton Denlow

### JUDGMENT ORDER

THIS MATTER coming before the Court on the Parties' Agreed Motion for Judgment on Attorneys' Fees and Costs based on the verdict for plaintiff of April 4, 2011, and the Court being fully advised in the premises, the Court hereby enters Judgment as follows:

Judgment for attorneys' fees and costs is entered by agreement of the parties in favor of Plaintiff and against Defendant City of Chicago in the amount of $292,000.

Enter: _Joan H. Lefkow_
           Judge Joan Lefkow

JUL 05 2011

JUL 5 2011

Dated: